FRANK BRANTLE and AMALIA BRANTLE, Appellants, v. EAGLE SAVINGS AND LOAN COMPANY, Respondent.— Judgment and order affirmed, with

costs. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

JOSEPH COLSON, an Infant, etc., Respondent, v. AMERICAN DISTILLED WATER COMPANY, Doing Business under the Style of HYGEIA DISTILLED WATER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Mills, Putnam, Kelly and Jaycox, JJ.

JOSEPH A. COLSON, Respondent, v. AMERICAN DISTILLED WATER COMPANY, Doing Business under the Style of HYGEIA DISTILLED WATER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Mills, Putnam, Kelly and Jaycox, JJ.